# Exhibit A

|  |  |  |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Job No.** |
| 1012434 | 7/9/2015 | 253064 |
| **Job Date** | **Case No.** | |
| 6/29/2015 | | |
| **Case Name** | | |
| Baker Hughes Inc. vs. S&S Chemical, LLC, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

# INVOICE

Litigation Services & Technologies of Nevada, LLC
PO Box 843298
Los Angeles, CA  90084-3298
Phone:702-314-7200   Fax:702-631-7351

Dean W. Amburn, Esq.
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI  48067

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
 Stephen Littlefield, Volume I   1,208.66
VIDEOGRAPHY SERVICES
 Stephen Littlefield (Video)   912.50

**TOTAL DUE  >>>**   **$2,121.16**
AFTER 8/8/2015  PAY   $2,333.28

Thank you for your business!

**Tax ID:** 27-5114755

*Please detach bottom portion and return with payment.*

---

Dean W. Amburn, Esq.
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI  48067

Invoice No.     :   1012434
Invoice Date    :   7/9/2015
**Total Due**   :   **$2,121.16**

AFTER 8/8/2015  PAY  $2,333.28

Remit To:   **Litigation Services & Technologies of Nevada, LLC**
            **PO Box 843298**
            **Los Angeles, CA  90084-3298**

Job No.     :   253064
BU ID       :   MI-CR
Case No.    :
Case Name   :   Baker Hughes Inc. vs. S&S Chemical, LLC, et al.